UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS DIAZ,<br><br>        Plaintiff,<br><br>   v.<br><br>LUCILE PACKARD CHILDREN'S HOSPITAL, et al.,<br><br>        Defendants. | Case No.  13-cv-05638-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 06/25/2015 at 9:00 am. |
| Final Pretrial Conference | N/A |
| Trial | 09/14/2015 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Last Day to File Motion for Summary Judgment
6 is set for 04/24/2015.
7    IT IS FURTHER ORDERED THAT the parties are to complete ADR within 90 days.
8    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a proposed
9 stipulation regarding discovery dates within 30 days.

Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2